FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB - 5 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARCOS CERAS,<br>　　　　Petitioner,<br>　　v.<br>G. J. JANDA, Warden,<br>　　　　Respondent. | Case No. CV 14-09177 RGK (AN)<br><br>JUDGMENT |

　　　IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the related Order Dismissing Habeas Petition.

DATED: February 4, 2015

　　　　　　　　　　　　　　　　　　　　　　R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE