O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS CERAS,<br><br>    Petitioner,<br><br>    v.<br><br>G. J. JANDA, Warden,<br><br>    Respondent. | Case No. 2:14-cv-09177-RGK-KES<br><br>ORDER ACCEPTING FINAL REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Final Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the initial Report and Recommendation to which objections were made, and has considered the new evidence submitted with those objections. (Dkt. 59.) The Court accepts the report, findings, and recommendations of the Magistrate Judge.

//

//

//

IT IS THEREFORE ORDERED that Judgment be entered dismissing Grounds 1, 3, 4, and 6 as procedurally barred, and denying Grounds 2 and 5 as unmeritorious.

DATED: February 21, 2020

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE