JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS CERAS,<br>　　　　Petitioner,<br>　　v.<br>G. J. JANDA, Warden,<br>　　　　Respondent. | Case No. 2:14-cv-09177-RGK-KES<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Accepting Final Report and Recommendation of the United States Magistrate Judge,

　　IT IS ADJUDGED that Grounds 1, 3, 4, and 6 of the Petition are dismissed as procedurally barred, and Grounds 2 and 5 of the Petition are denied on the merits.

DATED: February 21, 2020

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE